JOSEPH SCHLESINGER, Bar# 87692
Acting Federal Defender
LINDA HARTER, Bar# 179741
Chief Assistant Federal Defender
CHARLES YOUNG
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
Alfredo Rubalcaba

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:13-cr-00004- CKD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA AND EXCLUDE TIME** |
| v. | ) | |
| Alfredo G. Rubalcaba, | ) | DATE:  May 2, 2013 |
| | ) | TIME:  9:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Carolyn K. Delaney |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through ASHWIN JANAKIRAM, Special Assistant U.S. Attorney; defendant ALFREDO RUBALCABA by and through his counsel, Charles Young, Certified Student Attorney, and Linda Harter, Chief Assistant Federal Defender; that the Change of Plea set for Thursday, May 2, 2013 be continued to Thursday, May 16, 2013 at 09:30 a.m.

The reason for this continuance is to allow the parties to continue preparing and finalizing a plea agreement in this case.

/ / /

/ / /

/ / /

1  The parties stipulate that the ends of justice served by the
2 granting of such continuance outweigh the interests of the public and
3 the defendant in a speedy trial.
4  Speedy trial time is to be excluded from the date of this order
5 until the date of the change of plea set for May 16, 2013, pursuant to
6 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code
7 T4).

DATED: April 30, 2013          Respectfully submitted,

                               JOSEPH SCHLESINGER
                               Acting Federal Defender

                               /s/ Linda Harter
                               LINDA HARTER
                               Chief Assistant Federal Defender
                               Attorney for Defendant
                               Alfredo Rubalcaba

                               /s/ Charles Young
                               CHARLES YOUNG
                               Certified Student Attorney
                               Counsel for Defendant
                               Alfredo Rubalcaba


DATED: February 21, 2013       BENJAMIN B. WAGNER
                               United States Attorney

                               /S/ Ashwin Janakiram
                               Ashwin Janakiram
                               Special Assistant U.S. Attorney

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including May 16, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the May 2, 2013 change of plea shall be continued until May 16, 2013, at 09:30 a.m.

Dated: May 1, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE